239 So.2d 542

Mrs. Hilda VIZENA et al. and Jeanette V. Soileau et al.

v.

The TRAVELERS INSURANCE COMPANY et al.

No. 50873.

Oct. 7, 1970.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

■

239 So.2d 542

Ben F. RAGUSA

v.

STATE of Louisiana, CIVIL SERVICE COMMISSION (Department of Public Safety, Division of State Police).

No. 50858.

Oct. 7, 1970.

Writ refused. On the facts found by the Court of Appeal the result is correct.